

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-13-00260-CR

**FERNANDO RODRIGUEZ AMAYA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 25,596

_____

## MEMORANDUM OPINION

_____

Fernando Rodriguez Amaya attempts to appeal from his conviction for the offense of aggravated robbery. The sentence was imposed on March 27, 2013, and Amaya filed a motion for new trial on April 8, 2013. Amaya filed his notice of appeal on July 29, 2013. Amaya's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(2). The trial court's certificate of right of appeal indicates that this was a plea bargain case and that Amaya has no right to appeal. TEX. R. APP. P. 25.2 (a)(2), (d).

Accordingly, the appeal is dismissed.[1]



AL SCOGGINS
Justice

Before Chief Justice Gray,
   Justice Davis, and
   Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 15, 2013
Do not publish
[CR25]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2 (a).